# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00294-APG-DJA |
| Plaintiff | **Order Denying Motion for Sentence Reduction** |
| v. | [ECF No. 106] |
| VINCENT LEMUS-MORALES, | |
| Defendant | |

Defendant Vincent Lemus-Morales filed a motion to reduce his sentence based upon Sentencing Guidelines Amendment 782. ECF No. 106. That amendment retroactively modified the Drug Quantity Table in Guideline section 2D1.1. It went into effect in 2014, years before Lemus-Morales was sentenced. Thus, the change was already incorporated into the Drug Quantity Table at the time he was sentenced. There is no reason to reduce his sentence further.

I THEREFORE DENY the motion for sentence reduction.

DATED this 13th day of November, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE