# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00294-APG-DJA |
| Plaintiff | **Order Denying Motion for Resentencing** |
| v. | [ECF Nos. 198, 199] |
| VINCENT LEMUS-MORALES, | |
| Defendant | |

Defendant Vincent Lemus-Morales filed a motion to be resentenced based upon Sentencing Guideline Amendment 821, which went into effect on November 1, 2023. ECF No. 198.  He does not explain why he believes he qualifies for that relief.  Lemus-Morales also asks that the federal public defender be appointed to represent him in connection with the motion. ECF No. 199.

The federal public defender made an appearance on behalf of Lemus-Morales and determined that he does not qualify for a sentence reduction. ECF Nos. 201, 202.  I agree that he does not qualify for resentencing under Amendment 821.  He was not a "zero point" defendant, and he did not receive additional criminal history status points from committing the crimes while under a pending criminal sentence.

I THEREFORE DENY the motion for resentencing (ECF No. 198).  I also deny as moot the motion for appointment of counsel (ECF No. 199).

DATED this 1st day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE