# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>JOSHUA MICHAEL MARTINEZ, et al.,<br><br>　　Defendants | Case No.: 2:18-cr-00294-APG-DJA<br><br>**Order** |

In light of the letter the court received from defendant Vincent Lemus-Moral (ECF No. 204),

I ORDER his counsel, Madeline Lal from the Federal Public Defender's Office, to send him a copy of my December 1, 2023 order (ECF No. 203).

DATED this 3rd day of January, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE